# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTINA RUMIEZ,**<br><br>          Plaintiff,<br><br>     vs.<br><br>**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, ET AL.**<br><br>          Defendants. | CASE NO. 21-cv-10004-YGR<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The Court is in receipt of the parties' notice of settlement filed June 2, 2022 (Dkt. No. 22.) Based thereon, this matter is **DISMISSED WITH PREJUDICE** and any hearings and deadlines in this matter are **VACATED**.

It is further **ORDERED** that if any party certifies to the Court, with proper notice to all other parties, within forty-five (45) days from the date of this Order, that the case should be reopened, this Order shall be vacated and this case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: June 9, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**